ANNA RHEA ST. JOHN, an Infant, etc., Respondent, v. ALLEN S. OLM STED, Appellant.— Judgment and order affirmed, with costs. All concur-

red, except Foote and Merrell, JJ., who dissented upon the ground that the evidence shows that the package, if left as alleged, was left by an independent contractor, for whose acts the defendant is not liable.

WILBUR M. HOWE, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.